Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC          )
                                     )
        Plaintiff,    vs.            )   Case No.: 2:10-CV-09247-WDK-FMO
                                     )
MARISELA FLORES, et al,              )   **RENEWAL OF JUDGMENT  BY CLERK**
                                     )
        Defendant,                   )
                                     )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Marisela Flores, an individual d/b/a Los Vitos and Juan Carlos Garcia, an individual d/b/a Los Vitos, entered on March 9, 2012, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 2,610.00 |
| b. | Costs after judgment | $ 00.00 |
| c. | Subtotal *(add a and b)* | **$ 2,610.00** |
| d. | Credits | $ 0.00 |
| e. | Subtotal *(subtract d from c)* | **$ 2,610.00** |
| f. | Interest after judgment(.18%) | $ 46.04 |
| g. | Fee for filing renewal of application | $ 00.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | **$ 2,656.04** |

Dated: December 27, 2021        CLERK, by *Sharon Hall Brown*
                                          Deputy

                                Kiry A. Gray,
                                Clerk of U.S. District Court